Thomas J. Jenkins
11429 Via Rio
Loma Linda, CA 92354
Phone: (619) 226-4846
Email: thomas.jefferson777@protonmail.com
Appellant without representation

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| RYAN STRILAEFF<br><br>                Plaintiff-Appellee,<br><br>v.<br><br>Thomas A. Jenkins, Thomas J. Jenkins, Carole<br>Jenkins, TJJ Service Trust and Does 1 through<br>10 inclusive,<br><br>                Defendant-Appellant. | Case No. 25-478<br>(District Court No. 5:24-cv-02624-JGB-DTB)<br><br>**MOTION TO VOLUNTARILY DISMISS APPEAL** |
| Thomas J. Jenkins<br><br>                Counter-claimant,<br><br>RYAN STRILAEFF<br><br>                Counter-defendant. | |

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant hereby moves the Court for an order dismissing the above captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: April 02, 2025

By: /s/ Thomas J. Jenkins
Thomas J. Jenkins

**PROOF OF SERVICE**

I, Thomas J. Jenkins declare as follows:

On the date below, I electronically served the following document(s):

**MOTION TO VOLUNTARILY DISMISS APPEAL**

Served Party:

Ryan Strilaeff

C/O April E. Roberts, Esq. (SBN: 254020)

Electronic Service Email: april@loftinbedell.com

Service Method: Electronic Mail

Confirmation: On April 02, 2025, Ms. Roberts previously stipulated to electronic service at the above email address.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

DATED: April 02, 2025

By: /s/ Thomas J. Jenkins
Thomas J. Jenkins